No. 64. PETER H. ANDERSON ET AL., APPELLANTS, *v.* THE SWEDISH EVANGELICAL MISSION COVENANT OF AMERICA ET AL. Appeal from the District Court of the United States for the Northern District of Illinois. Argued November 6, 1914. Decided November 30, 1914. *Per Curiam.* Decree affirmed with costs, upon the authority of *White Star Mining Co.* v. *Nels O. Hultberg; Claes W. Johnson* v. *White Star Mining Co.; Peter H. Anderson* v. *White Star Mining Co.,* 205 U. S. 540. *Mr. Axel Chytraus, Mr. E. Allen Frost* and *Mr. John J. Healy* for the appellants. *Mr. Silas H. Strawn, Mr. John Barton Payne* and *Mr. Harris F. Williams* for the appellees.